# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Lehonn Clark**  Docket No. 5:07-CR-309-1BO

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Lehonn Clark, who, upon an earlier plea of guilty to Conspiracy to Commit Arson, in violation of 18 U.S.C. §844(n), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 1, 2008, to the custody of the Bureau of Prisons for a term of 140 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Clark was released from custody on May 15, 2017, at which time the term of supervised release commenced. On June 13, 2017, a Violation Report was submitted advising that the defendant committed the offenses of Speeding 35/20 and Driving While License Revoked in Edgecombe County, North Carolina (17CR702772). Clark admitted guilt, was instructed not to drive until properly licensed, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 12, 2017, the defendant was charged in Wake County, North Carolina, with Driving While License Revoked and Fictitious/Altered Title/Registration Card/Tag (17CR746183). Although these charges are pending, the defendant admitted guilt. During a home inspection on August 23, 2017, the defendant tested positive for cocaine and marijuana. Clark admitted use on August 22, 2017, and he signed an admission of drug use form. As a sanction for these violations, the probation office is recommending that Clark serve three consecutive days in jail. Additionally, he agreed to attend substance abuse treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Anthony Lehonn Clark
Docket No. 5:07-CR-309-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: August 29, 2017

## ORDER OF THE COURT

Considered and ordered this __30__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge