IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07CR00309-001D

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v )
)
ANTHONY LEHONN CLARK, )
) AMENDED ORDER IN
Defendant, ) GARNISHMENT
)
v. )
)
ALLIANCE ONE NORTH AMERICA )
LLC, )
)
Garnishee. )

Upon the Motion of the United States for entry of an amended Order in

Garnishment, it is hereby ORDERED that:

Garnishee shall pay $50.00 per month of Defendant's earnings, provided that

such amount does not exceed 25% of Defendant's monthly earnings which remain

after all deductions required by law have been withheld.

All payments due to Plaintiff under this Order of Garnishment shall continue

until the debt to Plaintiff is paid in full or until Garnishee no longer has custody,

possession or control of any property belonging to Defendant or until further Order

of this Court.

Checks should be made payable to:    **U. S. District Court**

and mailed to:                U.S. District Court
                              P.O. Box 25670
                              Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court

Number 5:07CR00309-001D on each check.

SO ORDERED, this the _8_ day of April, 2026.


                                    JAMES C. DEVER III
                                    United States District Court Judge